IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                              RESPONDENT

v.                              Case No.  6:11-cr-60033
                                Case No.  6:15-cv-6014

JERMAINE RAY                                                                                MOVANT

**ORDER**

    Before the Court is the Report and Recommendation filed March 9, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 45.  Judge Bryant recommends that Movant Ray's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence be denied.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Movant Ray's motion (ECF No. 39) is **DENIED** and his claims are **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 26th day of May, 2016.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge